No. 05–6558.  BECKLEY, AKA LYNCH *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari before judgment denied.

OCTOBER 18, 2005

No. 05–183.  OFFICIAL COMMITTEE OF UNSECURED CREDITORS *v.* U. S. BANK N. A. ET AL.  C. A. 7th Cir.  Certiorari dismissed under this Court's Rule 46.

OCTOBER 20, 2005

No. 05–7068 (05A343).  RAMIREZ *v.* TEXAS.  Ct. Crim. App. Tex.  Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.  Certiorari denied.

OCTOBER 25, 2005

No. 05–7163 (05A359).  IN RE GRAY.  Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied.  Petition for writ of habeas corpus denied.

No. 05–6606 (05A332).  GRAY *v.* ROPER, SUPERINTENDENT, PO- TOSI CORRECTIONAL CENTER.  Sup. Ct. Mo.  Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied.  Certiorari denied.

OCTOBER 26, 2005

No. 05–249.  MORGAN *v.* CLARK COUNTY, NEVADA.  Sup. Ct. Nev.  Certiorari dismissed under this Court's Rule 46.1.

OCTOBER 31, 2005

No. 05–6655.  AL-DABBI *v.* UNITED STATES.  C. A. 8th Cir. Motion of petitioner for leave to proceed *in forma pauperis*